**JUDGE RAMOS**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 0 9 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA         :   INDICTMENT

    - v. -                       :   19 Cr.

BOBBY WESTON,                    :
    a/k/a "Badness,"             :
    a/k/a "Badness Weston,"       :
    a/k/a "Bobby Lexus,"          :

    Defendant.                   :
- - - - - - - - - - - - - - - - X

**COUNT ONE**

**(Illegal Reentry)**

The Grand Jury charges:   **19 CRIM 503**

From at least on or about June 28, 2019, in the Southern District of New York and elsewhere, BOBBY WESTON, a/k/a "Badness," a/k/a "Badness Weston," a/k/a "Bobby Lexus," the defendant, being an alien, unlawfully did enter, and was found in, the United States, after having been removed from the United States subsequent to a conviction for the commission of an aggravated felony, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

_/s/_
FOREPERSON

_/s/ Geoffrey S. Berman_
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

v.

BOBBY WESTON,
a/k/a "Badness,"
a/k/a "Badness Weston,"
a/k/a "Bobby Lexus,"

Defendant.

---

<u>INDICTMENT</u>

19 Cr.

(Title 8, United States Code,
Sections 1326(a) and (b)(2))

GEOFFREY S. BERMAN
United States Attorney

*[signature]*
Foreperson

---

7/9/19 - Filed Indictment
 - Case assigned to J. Ramos.

*[signature]* J. Pitman
U.S.M.J.