# KIRTON LAW FIRM

*Marlon G. Kirton, Esq.*

_____

*Nassau County:*
*175 Fulton Avenue, Suite 305*
*Hempstead, New York 11550*
*Tel. # (516) 833-5617*
*Fax # (516) 833-5620*

**MEMO ENDORSED**

> A substitution of counsel hearing will be held on February 25, 2020 at 10:30 AM.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 2/18/2020
> New York, New York

February 13, 2020

VIA ELECTRONIC FILING

Hon. Edgardo Ramos
United States District Court
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re: *U.S. v. Bobby Weston, 19 cr. 503 (ER)*

Dear Judge Ramos:

    I represent Bobby Weston in the above-referenced matter. This Court sentenced Mr. Weston on January 31, 2020. I filed a Notice of Appeal on his behalf on February 11, 2020. However, Mr. Weston wants new counsel. I request the Court schedule a conference to resolve issues regarding counsel.

    I represented Mr. Weston at his sentencing hearing on January 31, 2020. On February 4, 2020, I received communication from his family, indicating that he no longer wanted me to be his attorney. On February 7, 2020, I met with Mr. Weston in person. I explained to him his right to appeal. He confirmed that he wanted new counsel. On February 11, 2020, I filed a Notice of Appeal to preserve his rights. I now request a conference concerning his future representation. I have informed the Government of the situation.

    Please contact me if you have any questions or concerns.


s/Marlon G. Kirton
Marlon G. Kirton, Esq.

1

cc: Thomas John Wright, Assistant United States Attorney (via electronic mail)