UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/9/2020

UNITED STATES OF AMERICA

-against-

BOBBY WESTON,

                Defendant.

**ORDER**

19 Cr. 503 (ER)

Ramos, D.J.:

The C.J.A. attorney assigned to this case, Marlon Geoffrey Kirton, is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to **Leonardo M. Aldridge**.

SO ORDERED.

Dated: New York, New York
       March 9, 2020

                                            Edgardo Ramos, U.S.D.J.